UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ARTHUR HUBERT CAMPBELL,
                       Plaintiff,

-against-

COMMISSIONER OF SOCIAL SECURITY,
                       Defendant.
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 8/10/2020

19 CIVIL 4516 (JLC)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Opinion and Order dated August 10, 2020, Campbell's motion for judgment on the pleadings is granted, the Commissioner's cross-motion is denied, and the case is remanded pursuant to sentence four of 42 U.S.C. § 405(g). Specifically, on remand, the ALJ should: (1) Obtain legible copies of Dr. Salkin's treatment notes and reconsider the appropriate weight to give to Dr. Salkin's opinions in light of the new information; (2) Consider the new evidence of Dr. Ellis's evaluation and questionnaire; (3) Reevaluate Campbell's subjective statements about his mental impairments upon a fully developed record; and (4) Further develop the record by requesting documentation of Campbell's stress test and medical records from Dr. Rajendera Patel, and reevaluate the limitations of his congestive heart failure disorder.

**Dated:** New York, New York
         August 10, 2020

                                             **RUBY J. KRAJICK**
                                                Clerk of Court
                            BY:

                                                   Deputy Clerk